# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MANTIS COMMUNICATIONS, LLC,<br>        Plaintiff,<br>v.<br>BEST BUY CO., INC. | Civil Action No. 2:16-cv-00661-JRG-RSP<br>**LEAD CASE** |
| HOME DEPOT U.S.A., LLC | Civil Action No. 2:16-cv-00662-JRG-RSP |
| HSN, INC. | Civil Action No. 2:16-cv-00663-JRG-RSP |
| JO-ANN STORES, LLC | Civil Action No. 2:16-cv-00664-JRG-RSP |
| KMART CORPORATION | Civil Action No. 2:16-cv-00665-JRG-RSP |

## MOTION FOR STIPULATED ORDER DISMISSING PARTIES AND AMENDING THE CASE CAPTION

Best Buy Co., Inc., by and through its counsel, hereby submits the attached stipulation of the parties. Best Buy Co., Inc. respectfully requests that the Court issue an Order approving the stipulation.

DATED: August 25, 2016                              Respectfully submitted,

                                                        */s/ Andrew J. Kabat*
                                                        Samuel L. Walling
                                                        Andrew J. Kabat
                                                        Robins Kaplan LLP
                                                       800 LaSalle Avenue, Suite 2800
                                                       Minneapolis, MN 55402
                                                        612-349-8500
                                                        swalling@robinskaplan.com
                                                        akabat@robinskaplan.com

Rickey L Faulkner
State Bar No. 06857095
Coghlan Crowson LLP
P.O. Box 2665
Longview, TX 75606
903-758-5543
rfaulkner@ccfww.com

*Attorneys for Best Buy Co., Inc. and BestBuy.com, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of August, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this instrument via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail.

*/s/ Andrew J. Kabat*
Andrew J. Kabat
