**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MANTIS COMMUNICATIONS, LLC,<br>    Plaintiff,<br>v.<br>BEST BUY CO., INC. | Civil Action No. 2:16-cv-00661-JRG-RSP<br>**LEAD CASE** |
| HOME DEPOT U.S.A., LLC | Civil Action No. 2:16-cv-00662-JRG-RSP |
| HSN, INC. | Civil Action No. 2:16-cv-00663-JRG-RSP |
| JO-ANN STORES, LLC | Civil Action No. 2:16-cv-00664-JRG-RSP |
| KMART CORPORATION | Civil Action No. 2:16-cv-00665-JRG-RSP |

**STIPULATED ORDER DISMISSING PARTIES**
**AND AMENDING THE CASE CAPTION**

WHEREAS, on June 17, 2016, Plaintiff Mantis Communications, LLC filed the above-captioned action for patent infringement, alleging that Best Buy Co., Inc., makes, uses, imports, sells or offers for sale allegedly infringing systems;

WHEREAS Best Buy Co., Inc., by and through its undersigned counsel, represents that it is not associated with the products and services identified as infringing in Plaintiff's Complaint;

WHEREAS, without admitting to liability or to the veracity of Plaintiff's allegations, BestBuy.com, LLC, by and through its undersigned counsel, represents that it is the entity associated with the products and services identified as infringing in Plaintiff's Complaint;

WHEREAS, based on the foregoing representations, the parties wish to dismiss without prejudice Best Buy Co., Inc. as defendant in this action;

WHEREAS the parties wish to add BestBuy.com, LLC as a defendant in this action; and

WHEREAS, should discovery reveal other Best Buy entities, including but not limited to Best Buy Co., Inc., are associated with the products or services identified as infringing in Plaintiff's Complaint, BestBuy.com, LLC and such other Best Buy entities will not unreasonably oppose the addition of those entities to this case.

Now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1) Defendant Best Buy Co., Inc. is dismissed from this case without prejudice (and deleted from the case caption).

2. Defendant BestBuy.com, LLC is added to this case (and added to the case caption).

3. Upon entry of this stipulated order, the caption in this action shall be revised as set forth below:

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MANTIS COMMUNICATIONS, LLC, <br>     Plaintiff, <br> v. <br> BESTBUY.COM, LLC | Civil Action No. 2:16-cv-00661-JRG-RSP <br> **LEAD CASE** |
| HOME DEPOT U.S.A., LLC | Civil Action No. 2:16-cv-00662-JRG-RSP |
| HSN, INC. | Civil Action No. 2:16-cv-00663-JRG-RSP |
| JO-ANN STORES, LLC | Civil Action No. 2:16-cv-00664-JRG-RSP |
| KMART CORPORATION | Civil Action No. 2:16-cv-00665-JRG-RSP |

- 3 -

DATED: August 25, 2016                                  Respectfully submitted,

| | |
|---|---|
| */s/ Ryan E. Hatch* | */s/ Andrew J. Kabat* |
| Ryan E. Hatch | Samuel L. Walling |
| Law Office of Ryan E. Hatch | Andrew J. Kabat |
| 6601 Center Drive West, Suite 700 | Robins Kaplan LLP |
| Los Angeles, CA 90045 | 800 LaSalle Avenue, Suite 2800 |
| 310-435-6374 | Minneapolis, MN 55402 |
| ryan@ryanehatch.com | 612-349-8500 |
| | swalling@robinskaplan.com |
| S. Calvin Capshaw | akabat@robinskaplan.com |
| State Bar No. 03783900 | |
| Elizabeth DeRieux | Rickey L Faulkner |
| State Bar No. 05770585 | State Bar No. 06857095 |
| D. Jeffrey Rambin | Coghlan Crowson LLP |
| State Bar No. 00791478 | P.O. Box 2665 |
| CAPSHAW DERIEUX LLP | Longview, TX 75606 |
| 114 E. Commerce Ave. | 903-758-5543 |
| Gladewater, Texas 75647 | rfaulkner@ccfww.com |
| Tel. 903/236-9800 | |
| Email: ccapshaw@capshawlaw.com | *Attorneys for Best Buy Co., Inc. and* |
| Email: ederieux@capshawlaw.com | *BestBuy.com, LLC* |
| Email: jrambin@capshawlaw.com | |

*Attorneys for Mantis Communications, LLC*