**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MANTIS COMMUNICATIONS, LLC, <br> Plaintiff, <br> v. <br> BEST BUY CO., INC. | Civil Action No. 2:16-cv-00661-JRG-RSP <br> **LEAD CASE** |
| HOME DEPOT U.S.A., INC. | Civil Action No. 2:16-cv-00662-JRG-RSP |
| HSN, INC. | Civil Action No. 2:16-cv-00663-JRG-RSP |
| JO-ANN STORES, LLC | Civil Action No. 2:16-cv-00664-JRG-RSP |
| KMART CORPORATION | Civil Action No. 2:16-cv-00665-JRG-RSP |

# JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT BETWEEN PLAINTIFF MANTIS COMMUNICATIONS, INC. AND DEFENDANT JO-ANN STORES, LLC

Plaintiff Mantis Communications, Inc., and defendant Jo-Ann Stores, LLC ("the Parties") file this Joint Motion to Stay All Deadlines and Notice of Settlement. All matters in controversy between the parties have been settled, and the Parties wish to conclude this matter without burdening the Court with any additional filings and without incurring unnecessary expense. Accordingly, the Parties respectfully request that the Court stay all remaining case deadlines with respect to Defendant Jo-Ann Stores, LLC for thirty (30) days to allow the Parties to fulfill the settlement terms and file the appropriate dismissal papers.

The Parties state that good cause exists for granting this Joint Motion, and this Joint Motion is not filed for purposes of delay, but so that justice may be served.

WHEREFORE, the Parties respectfully request that the Court enter the Proposed Order submitted with this Joint Motion as set forth above, and grant the Parties any such other and further relief to which they are entitled.

Dated: August 29, 2016

/s/ Ryan E. Hatch

Law Office of Ryan E. Hatch
CA State Bar No. 235577
6601 Center Drive West, Suite 700
Los Angeles, CA 90045
Tel. 310-435-6374
Email: ryan@ryanehatch.com

*Attorney for Plaintiff Mantis Communications, L.L.C.*

/s/ David R. Barnard

Lathrop & Gage - Kansas City
2345 Grand Blvd
Suite 2200
Kansas City, MO 64108
816/292-2000
Fax: 816/292-2001
Email: dbarnard@lathropgage.com

*Attorney for Defendant Jo-Ann Stores, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this August 17, 2016 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this date.

/s/ _Ryan E. Hatch_
Ryan E. Hatch