## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| MANTIS COMMUNICATIONS, LLC, <br> Plaintiff, <br> v. <br> BEST BUY CO., INC. | Civil Action No. 2:16-cv-00661-JRG-RSP <br> **LEAD CASE** |
| HOME DEPOT U.S.A., INC. | Civil Action No. 2:16-cv-00662-JRG-RSP |
| HSN, INC. | Civil Action No. 2:16-cv-00663-JRG-RSP |
| JO-ANN STORES, LLC | Civil Action No. 2:16-cv-00664-JRG-RSP |
| KMART CORPORATION | Civil Action No. 2:16-cv-00665-JRG-RSP |

## NOTICE OF COMPLIANCE

Plaintiff Mantis Communications, LLC ("Mantis") provides notice to the Court that pursuant to the Order entered August 22, 2016 (Dkt No. 38), Mantis served Defendants with its Local Patent Rule 3-1 and 3-2 Disclosures and document production via e-mail on August 30, 2016.

Dated: August 30, 2016

/s/ Ryan E. Hatch

Law Office of Ryan E. Hatch
CA State Bar No. 235577
6601 Center Drive West, Suite 700
Los Angeles, CA 90045
Tel. 310-435-6374
Email: ryan@ryanehatch.com

*Attorney for Plaintiff*
*Mantis Communications,*

*L.L.C.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this August 17, 2016 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this date.

/s/   *Ryan E. Hatch*_____
Ryan E. Hatch