# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| MANTIS COMMUNICATIONS, LLC, <br> Plaintiff, <br> v. <br> BEST BUY CO., INC. | Civil Action No. 2:16-cv-00661-JRG-RSP <br> **LEAD CASE** |
| HOME DEPOT U.S.A., LLC | Civil Action No. 2:16-cv-00662-JRG-RSP |
| HSN, INC. | Civil Action No. 2:16-cv-00663-JRG-RSP |
| KMART CORPORATION | Civil Action No. 2:16-cv-00665-JRG-RSP |

## AGREED MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED MEDIATOR

Plaintiff Mantis Communications, LLC ("Plaintiff") and Defendants Best Buy Co., Inc., Home Depot U.S.A., Inc., HSN, Inc., and K-Mart Corporation (collectively, "Defendants") hereby move, jointly, for the Court to extend the time for the parties to submit the name and contact information for a proposed mediator for one week, until September 9, 2016. In support of this Motion, the parties state as follows:

1. The Court's August 1, 2016 Order (Dkt. 21) required that the parties submit the name and contact information for the proposed mediator by September 2, 2016.

2. Plaintiff and Defendants have discussed potential mediators, but have been unable to complete their discussions due to previously planned vacation schedules.

3. Plaintiff and Defendants have agreed to submit the name and contact information of an agreed-upon mediator to the Court no later than September 9, 2016.

Accordingly, the parties jointly request that the Court extend the date by which the parties submit the name and contact information of their agreed mediator to September 9, 2016.

Dated:  September 2, 2016            Respectfully submitted,
*[with approval by all above-identified parties]*

*/s/ Nicholas G. Papastavros*
Nicholas G. Papastavros
Massachusetts State Bar No. BBO635742
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA  02110-1447
Telephone:     617.406.6000
Facsimile:      617.406.6119
nick.papastavros@dlapiper.com

**ATTORNEY FOR
HOME DEPOT U.S.A., INC.**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this September 2, 2016 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this date.

                                                                             /s/ *Nicholas G. Papastavros*
                                                                              Nicholas G. Papastavros