**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MANTIS COMMUNICATIONS, LLC, Plaintiff, v. BESTBUY.COM, LLC | Civil Action No. 2:16-cv-00661-JRG-RSP **LEAD CASE** |
| HOME DEPOT U.S.A., INC. | Civil Action No. 2:16-cv-00662-JRG-RSP |
| HSN, INC. | Civil Action No. 2:16-cv-00663-JRG-RSP |
| JO-ANN STORES, LLC | Civil Action No. 2:16-cv-00664-JRG-RSP |
| KMART CORPORATION | Civil Action No. 2:16-cv-00665-JRG-RSP |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Mantis Communications, LLC ("Mantis") and defendant Jo-Ann Stores, LLC ("Jo-Ann") pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action with prejudice, subject to the terms of that certain agreement between the parties dated August 30, 2016, with each party to bear its own costs, expenses and attorneys' fees and with each party knowingly and voluntarily waiving any right, arising under 35 U.S.C. §285 or otherwise, to make a claim for any costs, attorney fees or other expenses associated with the matters settled by this Stipulated Motion for Dismissal with Prejudice.

Dated: September 9, 2016

/s/ Ryan E. Hatch
Law Office of Ryan E. Hatch
CA State Bar No. 235577
6601 Center Drive West, Suite 700
Los Angeles, CA 90045
Tel. 310-435-6374
Email: ryan@ryanehatch.com

*Attorney for Plaintiff Mantis Communications, L.L.C.*

/s/ David R. Barnard
David R. Barnard*     MO #47127
Luke M. Meriwether* MO #59915
Eric D. Sidler*          MN #0392937
LATHROP & GAGE LLP
2345 Grand Boulevard, Suite 2800
Kansas City, Missouri 64108-2684
Telephone:  (816) 292-2000
Fax:  (816) 292-2001
Email: DBarnard@lathropgage.com
          LMeriwether@lathropgage.com
          ESidler@lathropgage.com
(*ptr Hac Vice* applications pending)

John G. Bisbikis       IL #6209732
LATHROP & GAGE LLP
155 N. Wacker Dr., Suite 3050
Chicago, IL 60606
Telephone: (312) 920-3300
Facsimile:  (312) 920-3301
Email: JBisbikis@lathropgage.com

William D. Cramer     TX #00790527
CONLEY ROSE, P.C.
Granite Park Three
5601 Granite Parkway, Suite 500
Plano, TX 75024-6608
Telephone:  (972) 731-2288
Facsimile:  (972) 731-2289
Email:  bcramer@dfw.conleyrose.com

*Attorneys for Defendant JoAnn Stores, LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this September 9, 2016 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this date.

                                                                      /s/ _Ryan E. Hatch_____
                                                                      Ryan E. Hatch